MARCH 8, 1999

No. 98–836. IMMIGRATION AND NATURALIZATION SERVICE ET AL. *v.* MAGANA-PIZANO; and
No. 98–1011. MAGANA-PIZANO *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Reno* v. *American-Arab Anti-Discrimination Comm.,*

1001

525 U. S. 471 (1999). Reported below: 152 F. 3d 1213 and 159 F. 3d 1217.